ORIGINAL

FILED

MAY 13 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile: (408) 354-5513

5  Trustee for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| DAN D TRINH | Case No. 06-50050 ASW |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | |

The final dividend to Creditor, FIRST AMERICAN INVESTMENT CO in the above entitled matter was returned marked: RETN TO SENDER-NOT DELIVERABLE AS ADDRESSED

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $31.21 as an unclaimed dividend.

Claim # 26    FIRST AMERICAN INVESTMENT CO
              65 GREAT ARROW DR
              BUFFALO, NY 14216

Dated: May 11, 2011

_Alexandra DeLeeuw for_
DEVIN DERHAM-BURK, TRUSTEE

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

RECEIVED
JUN 2 3 2008
Devin Derham-Burk
Trustee, Chapter 13

FIRST AMERICAN INVESTMENT CO
65 GREAT ARROW DR
BUFFALO NY 14216

NIXIE 142 DC 1 00 05/19/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 95150001313 *2856-01395-11-40



Case: 06-50050   Doc# 35   Filed: 05/13/11   Entered: 05/23/11 08:19:12   Page 2 of 2