ORIGINAL

FILED

MAY 13 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
DAN D TRINH ) Case No. 06-50050 ASW
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

The final dividend to Creditor, CITIBANK in the above entitled matter was returned marked: CRED DID NOT FILE CHANGE OF ADDR W/THE CRT

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $578.20 as an unclaimed dividend.

    Claim # 18    CITIBANK
                    C/O PERFORMANCE CAPITAL MGMT
                    222 S HARBOR BLVD #400
                    ANAHEIM, CA 92805

Dated: May 11, 2011                                       _/s/ Alejandra De Lateur for_
                                                        DEVIN DERHAM-BURK, TRUSTEE

# Devin Derham-Burk, Standing Trustee

Office of the Chapter 13 Trustee
Northern District of California • San Jose Division

March 7, 2008

Citibank
c/o Performance Capital Mgmt
7001 Village Dr Ste 255
Buena Park, CA 90621-2219

RE: Trinh, Dan
Chapter 13 No: 06-5-0050ASW

Attention: Bankruptcy Department

The Trustee received a trustee check (copy of which is attached) back from the Post Office which indicates that the address that we have on file is not a valid address. Please note that pursuant to Bankruptcy Rule 4002 (a) (5) a statement regarding any change of address must be filed with the court for each case in which the change is to be made.

Please further note that the Trustee will not make any changes to your address and will no longer be sending disbursements on your Proof of Claim until a notice of change of address has been filed with the Court and the Trustee has received a copy. I have enclosed a sample Notice of Change of Address that you may use. A completed original must be sent directly to the United States Bankruptcy Court.

If you should have any questions, please feel free to contact me at (408) 354-8151.

Sincerely,

Teresa Camp
Creditor Services Administrator

Encl.